FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2022

No. 04-22-00424-CV

**UNITED INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

Patricia Y. **MAYERS**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVH001030-D1
Honorable Joe Lopez, Judge Presiding

## O R D E R

Appellee's brief was originally due on September 26, 2022 and was not filed. *See* TEX. R. APP. P. 38.6(b) (in an accelerated appeal, appellee's brief is due twenty days after filing of appellant's brief). This court notified appellee of the deficiency on September 28, 2022. On October 10, 2022, appellee filed an unopposed motion requesting an extension of time to file the brief until November 9, 2022. After consideration, we **GRANT** the motion and **ORDER** appellee to file her brief **by November 9, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court